United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Charles E. Gillenwater, Plaintiff, ) | |
| ) | |
| v.  ) | Civil Action No. 18-25000-Civ-Scola |
| ) | |
| Judge Elaine E. Bucklo, Defendant. ) | |

### Order Of Dismissal

The Plaintiff, Charles E. Gillenwater, filed suit against Judge Elaine E. Bucklo, United States District Judge of the North District of Illinois. (ECF No. 2.) The Plaintiff petitioned the Court for an order "preemptively labeling the Defendant's witnesses, who have earned a Juris Doctorate, including the Defendant herself, as expert witnesses." (ECF No. 4.) On January 9, 2019, Magistrate Judge Torres denied the Plaintiff's motion and ordered the Plaintiff to address whether (1) the case should be dismissed for improper venue and (2) the case should be dismissed under the absolute immunity of judicial officers. (ECF No. 23.) Judge Torres ordered the Plaintiff to address both issues and "show cause why the case should not be summarily dismissed." (*Id.*) Plaintiff's deadline to respond to the order to show cause was January 23, 2019. The Plaintiff has failed to respond to the Court's order or serve the Defendant.

A district court may dismiss a case, on its own initiative, if a plaintiff abandons his prosecution of the lawsuit. *Compare* Fed. R. Civ. P. 41(b) *with Link v. Wabash R. Co.*, 370 U.S. 626, 630–31 (1962). Courts are vested with this inherent power "to manage their own affairs so as to achieve the orderly and expeditious disposition of cases" and "to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Id.*

The Court finds that Gillenwater has abandoned his prosecution of this matter and has failed to comply with this Court's orders. The Court therefore **dismisses** this case **with prejudice** and all pending motions are **denied as moot**. The Court directs the Clerk to **close** the case.

**Done and ordered** at Miami, Florida, on April 19, 2019.

Robert N. Scola, Jr.
United States District Judge